CLOSED, FOSAMAX, MDL1789

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
## CIVIL DOCKET FOR CASE #: 3:07-cv-03117-GEB-TJB
### Internal Use Only

STROUP et al v. MERCK &CO., INC.
Assigned to: Chief Judge Garrett E. Brown, Jr.
Referred to: Magistrate Judge Tonianne J. Bongiovanni
Case in other court: MIDDLESEX COUNTY SUPERIOR COURT, L-07-05869
Cause: 28:1332 Diversity-Product Liability

Date Filed: 07/05/2007
Date Terminated: 08/22/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

SUSAN STROUP





represented by **TRACY A. FINKEN**
ANAPOL, SCHWARTZ, WEISS, COHAN, FELDMAN & SMALLEY, PC
1040 KINGS HIGHWAY NORTH
SUITE 304
CHERRY HILL, NJ 08034
(856) 482-1600
Fax: (856) 482-1911
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GREGORY S. SPIZER**
ANAPOL, SCHWARTZ, WEISS, COHEN, FELDMAN & SMALLEY, PC
1040 KINGS HIGHWAY NORTH
SUITE 304
CHERRY HILL, NJ 08034
(856) 482-1600
Fax: (856) 482-1911
Email: gspizer@anapolschwartz.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

DANIEL P. STROUP

represented by **TRACY A. FINKEN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**GREGORY S. SPIZER**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

MERCK & CO., INC.                    represented by    **BART ALAN WHITLEY**
                                                       HUGHES, HUBBARD & REED, LLP
                                                       101 HUDSON STREET
                                                       SUITE 3601
                                                       JERSEY CITY, NJ 07302-3908
                                                       (201) 536-9220
                                                       Email: whitley@hugheshubbard.com
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/05/2007 | 1 | NOTICE OF REMOVAL by MERCK & CO., INC. from MIDDLESEX COUNTY SUPERIOR COURT, case number L-07-5869, with State Court Proceeding annexed. ( Filing fee $ 350 receipt number 1548523) (ce3) (Entered: 07/06/2007) |
| 07/11/2007 | 2 | ANSWER to Complaint by MERCK & CO., INC..(WHITLEY, BART) (Entered: 07/11/2007) |
| 07/11/2007 | 3 | STATEMENT *Corporate Disclosure Statement* by MERCK & CO., INC.. (WHITLEY, BART) (Entered: 07/11/2007) |
| 07/13/2007 | 4 | MOTION to Stay *Proceedings Pending Transfer to MDL No. 1789* by MERCK & CO., INC.. (Attachments: # 1 Brief # 2 Certification # 3 Text of Proposed Order)(WHITLEY, BART) (Entered: 07/13/2007) |
| 07/16/2007 |  | Set Deadlines as to 4 MOTION to Stay *Proceedings Pending Transfer to MDL No. 1789*. Motion Hearing set for 8/6/2007 before Chief Judge Garrett E. Brown, Jr.. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1(B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT.) (lk) (Entered: 07/16/2007) |
| 08/01/2007 | 5 | MOTION to Remand by SUSAN STROUP, DANIEL P. STROUP. (SPIZER, GREGORY) (Entered: 08/01/2007) |
| 08/02/2007 |  | CLERK'S QUALITY CONTROL MESSAGE: Document 5 Motion to Remand is not in compliance with Local Civil Rule 7.1(d)(1) which requires Briefs to be submitted as separate documents. While a Brief may be submitted as a SEPARATE ATTACHMENT, it is not to be a part of the moving papers. ALSO NOTE: The return date of your motion is incorrect that it is NOT a motion date for the Trenton vicinage. You are to refile your Motion by 8/6/07 in compliance with Local Rule 7.1. This message is for informational purposes only. (lk) (Entered: 08/02/2007) |
| 08/02/2007 | 6 | Amended MOTION to Remand *(Notice of Motion)* by SUSAN STROUP, |

|  |  |  |
|---|---|---|
|  |  | DANIEL P. STROUP. (Attachments: # 1 Motion to Remand# 2 Memo of Law# 3 Proposed Order# 4 Certificate of Service)(SPIZER, GREGORY) (Entered: 08/02/2007) |
| 08/03/2007 |  | Set Deadlines as to 6 Amended MOTION to Remand *(Notice of Motion)*. Motion Hearing set for 9/4/2007 10:00 AM in Trenton - Courtroom 4E before Chief Judge Garrett E. Brown, Jr.. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1(B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT.)(ck, ) (Entered: 08/03/2007) |
| 08/20/2007 | 7 | Letter from Defendant Merck & Co., Inc. pursuant to Local Civil Rule 7.1(d)(5). (WHITLEY, BART) (Entered: 08/20/2007) |
| 08/21/2007 |  | Reset Deadlines as to 6 Amended MOTION to Remand *(Notice of Motion)*. Motion Hearing set for 9/17/2007 10:00 AM in Trenton - Courtroom 4E before Chief Judge Garrett E. Brown, Jr.. (PLEASE NOTE THAT PURSUANT TO FED. R. CIV. P. 78 AND LOCAL RULE 7.1(B)(4), NO ORAL ARGUMENT WILL BE HELD IN THIS MATTER AND PARTIES SHOULD NOT APPEAR UNLESS SPECIFICALLY DIRECTED TO DO SO BY THE COURT.) (ck, ) (Entered: 08/21/2007) |
| 08/21/2007 | 8 | Letter from Defendant Merck & Co., Inc. enclosing additional authority in support of Motion to Stay Proceedings Pending Transfer to MDL No. 1789. (WHITLEY, BART) (Entered: 08/21/2007) |
| 08/22/2007 | 9 | Order of MDL Panel transferring case to the Southern District of New York. (ck) (Entered: 08/23/2007) |
| 08/23/2007 | 10 | Clerk's Letter re 9 MDL Conditional Transfer Order (out). (ck ) (Entered: 08/23/2007) |

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF N.J. JERSEY
WILLIAM T. W[...] CLERK
By_____
Deputy Clerk